JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACEY BREGMAN;

Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. HGB0135371; Does 1 through 50 inclusive,

Defendants.

Case No. 2:20-CV-06207-SVW-GJS

(Case assigned to Hon. Stephen V. Wilson)

**ORDER GRANTING DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

The Court has read and considered the stipulation between Plaintiff TRACEY BREGMAN and Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. HGB0135371. Good cause appearing the Court APPROVES the stipulation.

///

IT IS HEREBY ORDERED that Plaintiff's action is dismissed WITH PREJUDICE. The parties shall bear their own respective attorneys' fees and costs.

DATED: February 2, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE